# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: : NO. 305
:
APPOINTMENT TO THE DISCIPLINARY : DISCIPLINARY BOARD APPOINTMENT
BOARD OF PENNSYLVANIA : DOCKET

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of January, 2019, the Honorable John C. Rafferty, Jr., Esquire, Montgomery County, is hereby appointed as a member of the Disciplinary Board of Pennsylvania, for a term expiring December 1, 2021.